UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| PETER WILKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-02391 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc. ("Experian") hereby files a Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is named as a Defendant in Civil Action No. 14-LM-3207 filed in the District Court of Wyandotte County, Kansas (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the District Court of Wyandotte County, Kansas on July 7, 2014. Defendant Experian was served with the Complaint on July 8, 2014.

3. This Notice is being filed with this Court within thirty (30) days after Defendant Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. A copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

5. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for

the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6.   The claims of relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u.  Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

7.   At the present time and at the time of the commencement of the State Court Action, Plaintiff is and was an individual citizen of the State of Kansas.

8.   At the present time and at the time of the commencement of the State Court Action, Experian is and was a corporation incorporated under the laws of the State of Ohio with its principal place of business in Costa Mesa, California.

**9.**   Promptly after the filing of this Notice of Removal, Defendant Experian shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action and to the clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

**HORN AYLWARD & BANDY, LLC**

/s/ Danne W. Webb
Danne W. Webb            KS #22312
Andrea S. McMurtry  KS #24746
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone:     816-421-0700
Facsimile:     816-421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2014, a copy of the foregoing was filed electronically and was served upon counsel of record via one or more of the following methods:  (1) electronic notification through the Court's electronic filing system, and/or (2) depositing true copies in the United States mail, postage prepaid, in envelopes addressed as follows:

A.J. Stecklein, Esq.
Michael H. Rapp, Esq.
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Tel:  (913) 371-0727
Fax: (913) 371-0147

*Attorneys for Plaintiff*

/s/ Danne W. Webb
*Attorney for Defendant*
*Experian Information Solutions, Inc.*