# **EXHIBIT A**



**DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**LIMITED ACTIONS DEPARTMENT**

PLAINTIFF      PHONE NO: (913) 371-0727

Peter Wilkerson

748 Ann Avenue
ADDRESS

| Kansas City | Kansas | 66101 |
|---|---|---|
| CITY | STATE | ZIP |

Vs     DEFENDANT

Experian Information Solutions Inc.

475 ANTON BLVD
ADDRESS

| COSTA MESA, CA 92626 | | |
|---|---|---|
| CITY | STATE | ZIP |

FOR CLERK'S USE ONLY

Case No. 14LM3207 Division No. 3

**LIMITED ACTION**
PURSUANT TO K.S.A. CHAPTER 61
**SUMMONS**

You must be present in Court on the **25** day of **Aug**, 20**14** at **9** a.m., or file your answer before said time and date. If you appear and dispute the petition you must file your answer with the clerk of this Court within 10 days thereafter. If you are served outside of Kansas you may file your answer in writing within 30 days after service of summons upon you.

**TO THE ABOVE NAMED DEFENDANT(S):**
YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this Court. You must answer to the petition, which is herewith served upon you, and serve a copy of your answer upon Plaintiff's attorney A.J. Stecklein, 748 Ann Avenue, Kansas City, Kansas 66101, within the time specified above.

If you do not obey this summons, judgment by default will be taken against you for the relief demanded in the petition. Your responsive pleading may state as a counterclaim any related claim you may have against the Plaintiff.

If you are not represented by an attorney your answer shall be signed by you. The answer shall state the following:
(1) What the dispute is, (2) any affirmative defenses you have to the claim, (3) Any claim you have against the Plaintiff which arises out of the transaction or occurrence which is the subject of the Plaintiff's claim, and (4) You or your attorney's current address, phone number, facsimile number and electronic mail address.

You must also promptly send a copy of your answer to the Plaintiff's attorney, or to the Plaintiff, if the Plaintiff has no attorney.

Dated: **7/7/14**

_____
Clerk of the District Court/Deputy

Return is due no later than 5 days before the date stated in the summons for the Defendant to either appear or plead to the petition.

--------RETURN ON SERVICE OF SUMMONS--------

I hereby certify under oath that I served this summons

☐ PERSONAL SERVICE: By delivering a copy of said summons and a copy of the petition to the defendant on _____, 20____

☐ RESIDENCE SERVICE: By leaving a copy of said summons and a copy of the petition at the usual place of residence of the defendant on _____, 20____ with _____, a person of suitable age and discretion therein at _____

☐ AGENT SERVICE: By delivering a copy of said summons and a copy of the petition to the agent _____, authorized by appointment or by law to receive service of process on _____, 20____

☐ RESIDENCE SERVICE MAILING: By leaving a copy of said summons and a copy of the petition at the usual place of residence of the defendant and mailing by first-class mail a notice that such copies have been left on _____, 20____ at _____

☐ CERTIFIED MAIL SERVICE: By mailing, by first class mail, postage prepaid, a copy of said summons and a copy of the petition to the defendant on _____, 20____. The name and address on the envelope read: _____

☐ NO SERVICE: The defendant was not found in this county.

Dated _____ By _____
Process Server Signature

**DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**LIMITED ACTIONS DEPARTMENT**

| | | | FOR CLERK'S USE ONLY |
|---|---|---|---|

PLAINTIFF    PHONE NO: (913) 371-0727

Peter Wilkerson

748 Ann Avenue
ADDRESS
Kansas City            Kansas            66101
CITY                   STATE             ZIP

Vs    DEFENDANT

Experian Information Solutions Inc.

475 ANTON BLVD
ADDRESS
COSTA MESA, CA 92626
CITY                   STATE             ZIP

Case No. 14LM3207   Division No. 13

**LIMITED ACTION**
**PURSUANT TO K.S.A. CHAPTER 61**
**SUMMONS**

You must be present in Court on the 25 day of Aug, 2014 at 9 a.m., or file your answer before said time and date. If you appear and dispute the petition you must file your answer with the clerk of this Court within 10 days thereafter. If you are served outside of Kansas you may file your answer in writing within 30 days after service of summons upon you.

**TO THE ABOVE NAMED DEFENDANT(S):**

YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this Court. You must answer to the petition, which is herewith served upon you, and serve a copy of your answer upon Plaintiff's attorney A.J. Stecklein, 748 Ann Avenue, Kansas City, Kansas 66101, within the time specified above.

If you do not obey this summons, judgment by default will be taken against you for the relief demanded in the petition. Your responsive pleading may state as a counterclaim any related claim you may have against the Plaintiff.

If you are not represented by an attorney your answer shall be signed by you. The answer shall state the following:
(1) What the dispute is, (2) any affirmative defenses you have, (3) Any claim you have against the Plaintiff which arises out of the transaction or occurrence which is the subject of the Plaintiff's claim, and (4) Your or your attorney's current address, phone number, facsimile number and electronic mail address.

You must also promptly send a copy of your answer to the Plaintiff's attorney or the Plaintiff, if the Plaintiff has no attorney.

Dated: 7/7/14

_____
Clerk of the District Court/Deputy

---

Return is due no later than 5 days before the date stated in the summons, for the Defendant to either appear or plead to the petition.

---

-----RETURN ON SERVICE OF SUMMONS-----

I hereby certify under oath that I served this summons

☐ PERSONAL SERVICE: By delivering a copy of said summons and a copy of the petition to the defendant on _____, 20____

☐ RESIDENCE SERVICE: By leaving a copy of said summons and a copy of the petition at the usual place of residence of the defendant on _____, 20____ with _____, a person of suitable age and discretion therein at _____

☐ AGENT SERVICE: By delivering a copy of said summons and a copy of the petition to the agent _____, authorized by appointment or by law to receive service of process on _____, 20____

☐ RESIDENCE SERVICE MAILING: By leaving a copy of said summons and a copy of the petition at the usual place of residence of the defendant and mailing by first-class mail a notice that such copies have been left on _____, 20____ at _____

☐ CERTIFIED MAIL SERVICE: By mailing, by first class mail, postage prepaid, a copy of said summons and a copy of the petition to the defendant on _____, 20____. The name and address on the envelope read:

_____

☐ NO SERVICE: The defendant was not found in this county.

Dated _____            By _____
Process Server Signature

DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
**LIMITED ACTIONS DEPARTMENT**

FOR CLERK'S USE ONLY

PLAINTIFF      PHONE NO: (913) 371-0727

Peter Wilkerson

748 Ann Avenue
ADDRESS
Kansas City            Kansas            66101
CITY                   STATE             ZIP

Vs    DEFENDANT

Experian Information Solutions Inc.

475 ANTON BLVD
ADDRESS
COSTA MESA, CA 92626
CITY                   STATE             ZIP

Case No. 14LM3267  Division No. 3

LIMITED ACTION
PURSUANT TO K.S.A. CHAPTER 61
**SUMMONS**

You must be present in Court on the __25__ day of __Aug__, 20__14__ at __9__ a.m., or file your answer before said time and date. If you appear and dispute the petition you must file your answer with the clerk of this Court within 10 days thereafter. If you are served outside of Kansas you may file your answer in writing within 30 days after service of summons upon you.

**TO THE ABOVE NAMED DEFENDANT(S):**
YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this Court. You must answer to the petition, which is herewith served upon you, and serve a copy of your answer upon Plaintiff's attorney A.J. Stecklein, 748 Ann Avenue, Kansas City, Kansas 66101, within the time specified above.
If you do not obey this summons, judgment by default will be taken against you for the relief demanded in the petition. Your responsive pleading may state as a counterclaim any related claim you may have against the Plaintiff.
If you are not represented by an attorney your answer shall be signed by you. The answer shall state the following:
  (1) What the dispute is, (2) any affirmative defenses you have to the claim, (3) Any claim you have against the Plaintiff which arises out of the transaction or occurrence which is the subject of the Plaintiff's claim, and (4) Your or your attorney's current address, phone number, facsimile number, and electronic mail address.
You must also promptly send a copy of your answer to the Plaintiff's attorney or the Plaintiff, if the Plaintiff has no attorney.

Dated: __7/7/14__

_____
Clerk of the District Court/Deputy

---

Return is due no later than 5 days before the date stated in the summons for the Defendant to either appear or plead to the petition.

---
----------RETURN ON SERVICE OF SUMMONS----------
I hereby certify under oath that I served this summons
  ☐ PERSONAL SERVICE: By delivering a copy of said summons and a copy of the petition to the defendant on _____, 20____
  ☐ RESIDENCE SERVICE: By leaving a copy of said summons and a copy of the petition at the usual place of residence of the defendant on_____, 20____with_____, a person of suitable age and discretion therein at _____
  ☐ AGENT SERVICE: By delivering a copy of said summons and a copy of the petition to the agent _____, authorized by appointment or by law to receive service of process on _____, 20____
  ☐ RESIDENCE SERVICE MAILING: By leaving a copy of said summons and a copy of the petition at the usual place of residence of the defendant and mailing by first-class mail a notice that such copies have been left on _____, 20____ at _____
  ☐ CERTIFIED MAIL SERVICE: By mailing, by first class mail, postage prepaid, a copy of said summons and a copy of the petition to the defendant on _____, 20____. The name and address on the envelope read: _____

  ☐ NO SERVICE: The defendant was not found in this county.

Dated_____                    By_____
Process Server Signature

In the District Court of Wyandotte County, Kansas
Limited Actions Division

FILED
2014 JUL -7 PM 1: 53
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
DEPUTY

Peter Wilkerson

    Plaintiff,

vs.

Experian Information Solutions Inc.

    Defendant.

Case No.: 14LM3207
Division: 13

## PETITION

COMES NOW Plaintiff, through counsel, and for Plaintiff's causes of action against Defendants states:

1. Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

2. Plaintiff is a resident of Kansas.

### Count I - Defendant Experian Information Solutions Inc. - Willful Violation of the Fair Credit Reporting Act - Failure to maintain reasonable procedures to assure maximum possible accuracy

Comes now Plaintiff against the Defendant Experian Information Solutions Inc. and states and alleges to the Court:

3. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length.

4. Defendant Experian Information Solutions Inc. Inc. is an Ohio corporation.

5. Defendant does business in the Wyandotte County, Kansas.

6. Defendant was and is engaged in the business of credit reporting, all within Kansas.

7. Pertinent hereto, Experian Information Solutions Inc. was a "person" and "consumer reporting agency" as those terms are defined by 15 U.S.C. §1681a(b) and (f).

8. Pertinent hereto, Experian Information Solutions Inc. was a "person" and

"consumer reporting agency" as those terms are defined by 15 U.S.C. §1681a(b) and (f).

9. Pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1681a(c).

10. Pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. §1681a(d).

11. 15 U.S.C. §1681e(b) mandates that Experian Information Solutions Inc. implement reasonable procedures to assure maximum possible accuracy to prevent inaccurate information in Plaintiff's consumer reports.

12. Defendant Experian Information Solutions Inc. has placed a social security number on Plaintiff's credit report not associated with Plaintiff.

13. The inaccurate information was not reported incorrectly on other credit reports from Experian Information Solutions Inc.'s competitors, who have utilized reasonable procedures to assure maximum possible accuracy.

14. The inaccurate personal identifier puts Plaintiff at risk of having some other person's bad credit reported on Plaintiff's credit report unbeknownst to Plaintiff and jeopardizing Plaintiff's credit repayment history, reflecting poorly on Plaintiff's financial responsibility as a debtor and Plaintiff's credit worthiness.

15. Because Plaintiff knows of the highly publicized and very harmful effects of identity theft or other wrong credit information that can result from an incorrect personal identifiers on Plaintiff's credit report, the wrongful assertion has caused Plaintiff to suffer damages in "garden variety" emotional distress, including, but not limited to embarrassment, humiliation, aggravation, inconvenience, frustration and worry.

16. Under 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant Experian Information Solutions Inc. is liable to the Plaintiff for willfully and/or negligently failing to comply with the requirements imposed on consumer reporting agencies of information under 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent such reinsertions of inaccurate information in Plaintiff's reports.

17. Upon information and belief, Defendant Experian Information Solutions Inc. has been sued in the past for identical situations and has failed to implement reasonable procedures to assure maximum possible accuracy in its credit reports.

18. The conduct of Defendant Experian Information Solutions Inc. was a direct and proximate cause, and a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff outlined more fully above and Defendant Experian Information Solutions Inc. is liable to the Plaintiff for the amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, and such further relief, as permitted by law.

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant Experian Information Solutions Inc. based on the following requested relief:

    a. Statutory damages;

    b. Actual damages;

    c. Costs and reasonable attorney's fees under 15 U.S.C. §§1681n and 1681o; and

    d. Such other and further relief as may be necessary, just and proper.

### Count II - Defendant Experian Information Solutions Inc. - Negligent Violation of the Fair Credit Reporting Act - Failure to maintain reasonable procedures to assure maximum possible accuracy

Comes now Plaintiff against the Defendant Experian Information Solutions Inc. and states and alleges to the Court:

19. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length.

20. Under 15 U.S.C. §1681o, Defendant Experian Information Solutions Inc. is liable to the Plaintiff for negligently failing to comply with the requirements imposed on consumer reporting agencies of information under 15 U.S.C. §1681e(b) in assuring reasonable procedures to assure maximum possible accuracy to prevent the above described inaccurate information in Plaintiff's reports.

21. The conduct of Defendant Experian Information Solutions Inc. was a direct and proximate cause, and a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff outlined more fully above and Defendant Experian Information Solutions Inc. is liable to the Plaintiff for the amount actual damages, along with the attorneys' fees and the costs of litigation, and such further relief, as permitted by law.

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant Experian Information Solutions Inc. based on the following requested relief:

    a. Actual damages;

    b. Costs and reasonable attorney's fees under 15 U.S.C. §§1681n and 1681o; and

    c. Such other and further relief as may be necessary, just and proper.

Respectfully Submitted,
ATTORNEYS FOR PLAINTIFF

_____
A.J. STECKLEIN #16330
MICHAEL RAPP # 25702
Consumer Legal Clinic, LLC
748 Ann Ave
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
Email: aj@kcconsumerlawyer.com
       mr@kcconsumerlayer.com