## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PETER WILKERSON,

                    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS INC.,

                    Defendant.

Case No. 14-2391-JAR/KGG

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Peter Wilkerson; Defendant is Experian Information Solutions Inc.

2. On July 7, 2014, Plaintiff filed a Petition against Defendant in the District Court of Wyandotte County, Kansas.

3. On August 7, 2014, Defendant removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. Plaintiff now moves to dismiss the suit without prejudice.

5. Defendant agrees to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is without prejudice.

11.     Each party is to bear its own fees and costs.

                        Respectfully submitted,


By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0147
Email: AJ@KCconsumerlawyer.com
Attorney for Plaintiff

and

By: /s/ Danne W. Webb
Danne W. Webb #22312
Andrea S. McMurtry #24746
Horn Aylward & Bandy LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
Email: dwebb@hab-law.com
      amcmurtry@hab-law.com

and

Johanes Christian Maliza, admitted *pro hac vice*
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: 216-586-3939
Facsimile: 216-579-0212
Email: jmaliza@jonesday.com
Attorneys for Defendant